
James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company,<br><br>    Plaintiffs,<br>v.<br><br>**MARIO GERENA**<br>        Defendant. | Case No.: 3:15-CV-02063-BAS-DHB<br><br>PLAINTIFF'S MOTION TO STAY PERSUANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT(SCRA) |

Plaintiff, Dallas Buyers Club, LLC, by counsel, hereby move the Court to stay this matter for 9 months or until the return of Defendant from active duty. The Servicemembers Civil Relief Act, is intended to postpone or suspend certain civil

obligations to enable service members to devote full attention to duty and relieve stress on the family members of those deployed service members.

    DATED: February 15, 2016

                                          Respectfully submitted,
                                          JAMES S. DAVIS ATTORNEY AT LAW
                                          /s/James S. Davis
                                          James S. Davis CALBAR NO.207963
                                          Jamesdee3080@msn.com
                                          Of attorneys for the plaintiff