James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company,<br><br>         Plaintiffs,<br>v.<br><br>**MARIO GERENA,**<br>         Defendant. | Case No.: 3:15-CV-02063-BAS-DHB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Due to the Defendant's continued active duty status, Plaintiff voluntary dismisses this matter under FRCP 41.

DATED: September 29, 2016

                                         Respectfully submitted,
                                         JAMES S. DAVIS ATTORNEY AT LAW
                                         /s/James S. Davis
                                         James S. Davis CALBAR NO.207963
                                         Jamesdee3080@msn.com
                                         Of attorneys for the plaintiff

VOLUNTARY DISMISSAL