**TRUE COPY CERTIFICATION**

I certify the foregoing NOTICE OF VOLUNTARY DISMISSAL is a complete copy of the originals thereof.

DATED this 30th day of September, 2016.

                                                  /s/James S. Davis _____
                                                  James S. Davis   CALBAR NO.207963
                                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of September, 2016, I served the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following by sending an exact and complete copy thereof by:

      _____ E-Mail TRANSMISSION

      _____XX_____ UNITED STATES POST OFFICE at Chula Vista, California with Postage paid addressed to the respective party, as shown below, at that Party's regular address.

_____

Mario Gerena
419 Vandegrift Blvd. Apt. 36
Oceanside, CA 92057-4344

                                                  /s/James S. Davis_____
                                                  James S. Davis   CALBAR NO.207963
                                                  Attorneys for Plaintiff